**June D. PETERSON**

v.

**William J. COX, Appellant,**

and

**Carl Hansen, Ind. & t/a Transport
Helicopters, Inc.**

No. 17987.

United States Court of Appeals,
Third Circuit.

Argued on Feb. 17, 1970.

Decided on March 31, 1970.

Robert W. Sayre, Saul, Ewing, Remick & Saul, Philadelphia, Pa. (Joseph D. Calhoun, Media, Pa., on the brief), for appellant.

Rames J. Bucci, Bucci & Bucci, Philadelphia, Pa., for appellee.

Before KALODNER and VAN DUSEN, Circuit Judges, and FULLAM, District Judge.

OPINION OF THE COURT

PER CURIAM.

On this appeal the defendant Cox contends that the fact-findings made by the District Court in this non-jury trial are "clearly erroneous", and that the District

Court applied erroneous legal standards in its disposition.

On review of the record we cannot say that the challenged fact-findings are "clearly erroneous", or that the District Court erred as a matter of law in entering judgment in favor of the plaintiff and against the defendant Cox.

The Order of Judgment of the District Court will be affirmed.